1   JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
    The Law Offices Of Jonathan M. Kaufman
2   220 Montgomery Street, Suite 976
    San Francisco, CA 94104
3   Telephone: (415) 956-4765
    Facsimile: (415) 956-1664
4   E-Mail:    klo-jmk@pacbell.net    **E-filing**

5   Attorney for Plaintiff

6                   UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   JATINDER SINGH,                 CV Case No. 08        **1295**

9        Plaintiff,                 COMPLAINT FOR DECLARATORY
10                                  JUDGMENT AN D INJUNCTION

11       vs.                                              **CRB**

12  EMILIO T. GONZALEZ,
    Director, United States Citizenship
    and Immigration Services,
13
14       Defendant

15  _____/

16       Plaintiff alleges:

17       1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C.

18  §§ 701 - 706.

19       2. Defendant is the Director of the United States Citizenship and Immigration Services,

20  (USCIS), an agency in the Department of Homeland Security, charged with the duty to administer

21  and enforce the Immigration and Nationality Act.

22       3. Plaintiff is a citizen and national of India.

23       4. On March 6, 2002 the Department of Homeland Security commenced removal proceedings

24  against plaintiff by filing a notice to appear with an Immigration Court. See Exhibit A.

25       5. Plaintiff applied for asylum at his removal hearing. See Exhibit B.

26       6. On September 10, 2003 plaintiff's asylum application was granted by an Immigration

27

28                                   1

1    Judge and the Department of Homeland Security waived appeal from the decision. See Exhibit C.

2        7. 8 U.S.C. § 1159(b) permits the USCIS to adjust the status of an alien granted asylum to

3    that of an alien lawfully admitted for permanent residence.

4        8. On December 14, 2005 plaintiff applied for adjustment of status by filing an application

5    with the USCIS in the manner prescribed in 8 C.F.R. § 209.2. See Exhibit D.

6        9. On February 8, 2008 the USCIS denied plaintiff's application for adjustment of status. The

7    USCIS found that plaintiff is not eligible to adjust status under 8 U.S.C. § 159(b) because he is

8    inadmissible to the United States under 8 U.S.C. § 212(a)(3)(B)(i)(VI). See Exhibit E.

9        10. The finding that plaintiff is inadmissible under 8 U.S.C. § 212(a)(3)(B)(i)(VI) is arbitrary,

10    capricious, and contrary to law.

11        11. There is no administrative appeal from the USCIS's decision.

12        12. Plaintiff continues to maintain asylum status in the United States

13    WHEREFORE, plaintiff prays judgment.

14        1. Declaring that plaintiff is an asylee, statutorily eligible to adjust his status to lawful

15    permanent resident pursuant to 8 U.S.C. § 1159(b).

16        2. Declaring that the USCIS's finding that plaintiff is inadmissible under 8 U.S.C. §

17    212(a)(3)(B)(i)(VI) is arbitrary, capricious, and contrary to law.

18        3. Enjoining the USCIS to adjudicate, forthwith, plaintiff 's application for adjustment of

19    status finding that plaintiff is not inadmissible under 8 U.S.C. § 212(a)(3)(B)(i)(VI).

20        4. Awarding plaintiff his costs and reasonable attorneys fee incurred in this action

21    warding plaintiff her  costs and reasonable attorneys fees incurred in this action;

22        5. Granting such other and further relief as may be appropriate.

23    Dated: March 5, 2008

24

25                                JONATHAN M. KAUFMAN
                                  Attorney For Plaintiff
26

27

28                                2

# EXHIBIT A

U. S. Department of Justice
Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: **A078 974 214**
Case No: **RGC0202000113**

In the Matter of:

Respondent: **Jatinder SINGH** _____ currently residing at:

**PISPC RT. 3 BOX 341
LOS FRESNOS TEXAS 78566**

(Number, street, city state and ZIP code)

**(956)547-1700**

(Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1) You are not a citizen or national of the United States;

2) You are a native of INDIA and a citizen of INDIA;

3) You arrived in the United States at or near RIO GRANDE CITY, TEXAS, on or about February 5, 2002;

4) You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
**201 East Jackson Street Harlingen TEXAS US 78550**

(Complete Address of Immigration Court, Including Room Number, if any)

on **a date to be set**        at **a time to be set** to show why you should not be removed from the United States based on the
(Date)        (Time)
charge(s) set forth above.

**FABIAN M. CASAS
PATROL AGENT IN CHARGE**

(Signature and Title of Issuing Officer)

Exhibit # **1**
**OCT - 8 2002**
(date)    (initials)

Date: **February 5, 2002**

**RIO GRANDE CITY, TEXAS**
(City and State)

Exh#1-d
el d
4/5/02
HA

**See reverse for important information**

Form I-862 (Rev. 4-1-97)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before: _____
(Signature and Title of INS Officer)

Date: _2/5/02_

---

### Certificate of Service

This Notice to Appear was served on the respondent by me on **February 5, 2002**, in the following manner and in
                                       (Date)
compliance with section 239(a)(1)(F) of the Act:

☒ in person      ☐ by certified mail, return receipt requested      ☐ by regular mail

☒ Attached is a list of organizations and attorneys which provide free legal services.

☒ The alien was provided oral notice in the **PUNJABI** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

EDGAR SERRATO
BORDER PATROL AGENT

_____
(Signature and Title of Officer)

Form I-862 (Rev. 4-1-97)

# EXHIBIT B

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0086

# Application for Asylum and for Withholding of Removal

*Start Here - Please Type or Print.* **USE BLACK INK. SEE THE SEPARATE INSTRUCTION PAMPHLET FOR INFORMATION ABOUT ELIGIBILITY AND HOW TO COMPLETE AND FILE THIS APPLICATION.** (Note: There is NO filing fee for this application.)

*Please* check the box if you also want to apply for withholding of removal under the Convention Against Torture. ☑

## PART A.I. INFORMATION ABOUT YOU

| | |
|---|---|
| 1. Alien Registration Number(s)(A#'s) *(If any)*<br>78 974 214 | 2. Social Security No. *(If any)* |

| 3. Complete Last Name<br>SINGH | 4. First Name<br>JATINDER | 5. Middle Name |
|---|---|---|

6. What other names have you used? *(Include maiden name and aliases.)*
NONE

7. Residence in the U.S.
C/O

| | |
|---|---|
| Street Number and Name<br>4209 MATTNICK DR | Telephone Number<br>(661) 396 1313 |
| | Apt. No. |

| City<br>BAKERSFIELD | State<br>CA | ZIP Code<br>93313 |
|---|---|---|

8. Mailing Address in the U.S., if other than above

| | |
|---|---|
| Street Number and Name | Telephone Number |
| | Apt. No. |

| City | State | ZIP Code |
|---|---|---|

| 9. Sex  ☑ Male  ☐ Female | 10. Marital Status:  ☐ Single  ☑ Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 11. Date of Birth *(Mo/Day/Yr)*<br>04/30/1975 | 12. City and Country of Birth<br>VILL.NANGAL BHAGWAN INDIA |
|---|---|

| 13. Present Nationality *(Citizenship)*<br>INDIAN | 14. Nationality at Birth<br>INDIAN | 15. Race, Ethnic or Tribal Group<br>ASIAN | 16. Religion<br>SIKH |
|---|---|---|---|

17. Check the box, a through c that applies:  a. ☐ I have never been in immigration court proceedings.
b. ☑ I am now in immigration court proceedings.  c. ☐ I am not now in immigration court proceedings, but I have been in the past.

18. Complete 18 a through c.
a. When did you last leave your country? *(Mo/Day/Yr)* _____   b. What is your current I-94 Number, if any? _____

c. Please list each entry to the U.S. beginning with your most recent entry.
List date (Mo/Day/Yr), place, and your status for each entry. *(Attach additional sheets as needed.)*

| Date | | Place | | Status | | |
|---|---|---|---|---|---|---|
| Date | 02/05/2002 | Place | RIO GRANDE CITY TX | Status | EWI | Date Status Expires |
| Date | | Place | | Status | | |
| Date | | Place | | Status | | |
| Date | | Place | | Status | | |

| 19. What country issued your last passport or travel document?  INDIAN | 20. Passport #<br>Travel Document # | 21. Expiration Date *(Mo/Day/Yr)* |
|---|---|---|

| 22. What is your native language?<br>PUNJABI | 23. Are you fluent in English?<br>☐ Yes  ☑ No | 24. What other languages do you speak fluently?<br>NONE |
|---|---|---|

**FOR EOIR USE ONLY**

**FOR INS USE ONLY**

Action:
Interview Date: _____
Decision:
— Approval Date: _____
— Denial Date: _____
— Referral Date: _____

Asylum Officer ID# _____

Form I-589 (Rev. 10/18/01)N

OMB No. 1115-0086

**PART A. II.    INFORMATION ABOUT YOUR SPOUSE AND CHILDREN**
**Your Spouse.**  ☐ I am not married. (Skip to *Your Children, below.*)

| 1.  Alien Registration Number (A#) *(If any)* | 2. Passport/ID Card No. *(If any)* | 3.  Date of Birth *(Mo/Day/Yr)* | 4.  Social Security No. *(If any)* |
|---|---|---|---|
| NONE | | 06/08/1981 | |

| 5.  Complete Last Name | 6.  First Name | 7.  Middle Name | 8.  Maiden Name |
|---|---|---|---|
| KAUR | KAMALJIT | | |

| 9.  Date of Marriage *(Mo/Day/Yr)* | 10. Place of Marriage | 11.  City and Country of Birth |
|---|---|---|
| 08/07/2001 | RAMPUR, LUDHIANA, INDIA | VILLA.GE LEHAL, INDIA |

| 12.  Nationality *(Citizenship)* | 13.  Race, Ethnic or Tribal Group | 14.  Sex   ☐ Male   ☑ Female |
|---|---|---|
| INDIAN | ASIAN | |

| 15.  Is this person in the U.S.?  ☐ Yes *(Complete blocks 16 to 24.)*   ☑ No *(Specify location)* |
|---|
| IN INDIA |

| 16.  Place of last entry in the U.S. ? | 17.  Date of last entry in the U.S. *(Mo/Day/Yr)* | 18.  I-94 No. *(If any)* | 19.  Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 20.  What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(Mo/Day/Yr)* | 22.  Is your spouse in immigration court proceedings?  ☐ Yes ☐ No | 23.  If previously in the U.S., date of previous arrival *(Mo/Day/Yr)* |
|---|---|---|---|
| | | | |

24.    If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one (1) photograph of your spouse in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.**  Please list **ALL** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A. III., Information about Your Background.)*
☐ I do have children. Total number of children

*(Use Supplement A Form I-589 or attach additional pages and documentation if you have more than four (4) children.)*

| 1.  Alien Registration Number (A#) *(If any)* | 2.  Passport/ID Card No. *(If any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4.  Social Security No. *(If any)* |
|---|---|---|---|
| | | | |

| 5.  Complete Last Name | 6.  First Name | 7.  Middle Name | 8.  Date of Birth  *(Mo/Day/Yr)* |
|---|---|---|---|
| | | | |

| 9.  City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic or Tribal Group | 12.  Sex ☐ Male  ☐ Female |
|---|---|---|---|
| | | | |

| 13.  Is this child in the U.S.?  ☐ Yes *(Complete blocks 14 to 21.)*   ☐ No *(Specify Location)* |
|---|
| |

| 14.  Place of last entry in the U.S.? | 15.  Date of last entry in the U.S.? *(Mo/Day/Yr)* | 16. I-94 No. *(If any)* | 17.  Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 18.  What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(Mo/Day/Yr)* | 20.  Is your child in immigration court proceedings?  ☐ Yes ☐ No |
|---|---|---|
| | | |

21.    If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)*
☐ No

**PART A. II.  INFORMATION ABOUT YOUR SPOUSE AND CHILDREN Continued**

OMB No. 1115-0086

| 1. Alien Registration Number (A#) (If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male ☐ Female |

13. Is this child in the U.S.?  ☐ Yes (Complete blocks 14 to 21.)  ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, (if any)? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A#) (If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male ☐ Female |

13. Is this child in the U.S.?  ☐ Yes (Complete blocks 14 to 21.)  ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
☐ No

| 1. Alien Registration Number (A#) (If any) | 2. Passport/ID Card No. (If any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. Social Security No. (If any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (Mo/Day/Yr) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male ☐ Female |

13. Is this child in the U.S.?  ☐ Yes (Complete blocks 14 to 21.)  ☐ No (Specify Location)

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? (Mo/Day/Yr) | 16. I-94 No. (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (Mo/Day/Yr) | 20. Is your child in immigration court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)
☐ Yes (Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)
☐ No

OMB No. 1115-0086

## PART A. III.    INFORMATION ABOUT YOUR BACKGROUND

1.  Please list your last address where you lived before coming to the U.S.  If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (*List Address, City/Town, Department, Province, or State, and Country.*) (*Use Supplement B Form I-589 or additional sheets of paper if necessary.*)

| Number and Street (Provide if available) | City/Town | Department, Province or State | Country | Dates | |
|---|---|---|---|---|---|
| | | | | From (Mo/Yr) | To (Mo/Yr) |
| VILL. NANGAL BHAGWAN | P O QADIAN | DIS.GURDASPUR | INDIA | 04/1974 | 01/2002 |
| | | PUNJAB | | | |

2.  Provide the following information about your residences during the last five years. List your present address first. (*Use Supplement Form B or additional sheets of paper if necessary.*)

| Number and Street | City/Town | Department, Province or State | Country | Dates | |
|---|---|---|---|---|---|
| | | | | From (Mo/Yr) | To (Mo/Yr) |
| 4209 MATTNICK DR | BAKERSFIELD | CA | USA | | |
| IN TRANSIT | | RUSSIA & OTHER | COUNTRIES | 02/2002 | PRESENT |
| VILL.NANGAL BHAGWAN | P O QADIAN | DIS. GURDASPUR | INDIA | 01/2002 | 02/2002 |
| | | PUNJAB | | 04/1974 | 01/2002 |

3.  Provide the following information about your education, beginning with the most recent. (*Use Supplement B Form I-589 or additional sheets of paper if necessary.*)

| Name of School | Type of School | Location (Address) | Attended | |
|---|---|---|---|---|
| | | | From (Mo/Yr) | To (Mo/Yr) |
| D A V SNR.SEC. SCHOOL | HIGH SCHOOL | QADIAN, INDIA | 03/1980 | 03/1992 |
| | | | | |
| | | | | |

4.  Provide the following information about your employment during the last five years. List your present employer first. (*Use Supplement Form B or additional sheets of paper if necessary.*)

| Name and Address of Employer | Your Occupation | Dates | |
|---|---|---|---|
| | | From (Mo/Yr) | To (Mo/Yr) |
| UNEMPLOYED | | 01/2002 | PRESENT |
| FARMING OWN LAND IN INDIA | FARMER | 1992 | 01/2002 |
| | | | |
| | | | |

5.  Provide the following information about your parents and siblings (brothers and sisters). Check box if the person is deceased. (*Use Supplement B Form I-589 or additional sheets of paper if necessary.*)

| Name | City/Town and Country of Birth | Current Location | |
|---|---|---|---|
| Mother SURINDER KAUR | INDIA | ☐ Deceased | VILL.NANGAL BHAGWAN , P O QADIAN, PJ  INDIA |
| Father SURJAN SINGH | PAKISTAN | ☐ Deceased | VILL.NANGAL BHAGWAN , P O QUDIAN, PJ  INDIA |
| Siblings | | ☐ Deceased | |
| | | ☐ Deceased | |

Form I-589 (Rev. 10/18/01)N Page4

OMB No. 1115-0086

## PART B.    INFORMATION ABOUT YOUR APPLICATION

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in PART B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the Act or withholding of removal under the Convention Against Torture) you should provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You should attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, please explain why in your response to the following questions. Refer to Instructions, Part I: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Documents that You Should Submit" for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the Act, or for withholding of removal under the Convention Against Torture? Check the appropriate box (es) below and then provide detailed answers to questions A and B below:

   I am seeking asylum or withholding of removal based on

   - ☐ Race
   - ☑ Religion
   - ☐ Nationality
   - ☑ Political opinion
   - ☑ Membership in a particular social group
   - ☑ Torture Convention

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?
   ☐ No  ☑ Yes  If your answer is "Yes," explain in detail:

   1) What happened;
   2) When the harm or mistreatment or threats occurred;
   3) Who caused the harm or mistreatment or threats; and
   4) Why you believe the harm or mistreatment or threats occurred.

   PLEASE SEE THE ATTACHED STATEMENT.

B. Do you fear harm or mistreatment if you return to your home country?

   ☐ No  ☑ Yes  If your answer is "Yes," explain in detail:

   1) What harm or mistreatment you fear;
   2) Who you believe would harm or mistreat you; and
   3) Why you believe you would or could be harmed or mistreated.

   PLEASE SEE THE ATTACHED STATEMENT.

OMB No. 1115-0086

**PART B.    INFORMATION ABOUT YOUR APPLICATION Continued**

2.  Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☐ No   ☑ Yes  If "Yes," explain the circumstances and reasons for the action.

PLEASE SEE THE ATTACHED STATEMENT.

3. A.  Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerilla organization, ethnic group, human rights group, or the press or media?

☐ No   ☑ Yes  If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

PLEASE SEE THE ATTACHED STATEMENT.

B.  Do you or your family members continue to participate in any way in these organizations or groups?

☐ No   ☑ Yes  If "Yes," describe for each person, your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

PLEASE SEE THE ATTACHED STATEMENT.

4.  Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No   ☑ Yes  If "Yes," explain why you are afraid and describe the nature of the torture you fear, by whom, and why it would be inflicted.

PLEASE SEE THE ATTACHED STATEMENT.

OMB No. 1115-0086

**PART C.   ADDITIONAL INFORMATION ABOUT YOUR APPLICATION**

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1.   Have you, your spouse, your child(ren), your parents, or your siblings ever applied to the United States Government for refugee status, asylum, or withholding of removal?   ☑ No ☐ Yes

If "Yes" explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Please indicate whether or not you were included in a parent or spouse's application. If so, please include your parent or spouse's A- number in your response. If you have been denied asylum by an Immigration Judge or the Board of Immigration Appeals, please describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.   A.  After leaving the country from which you are claiming asylum, did you or your spouse or child(ren), who are now in the United States, travel through or reside in any other country before entering the United States?   ☐ No ☑ Yes

B.  Have you, your spouse, your child(ren), or other family members such as your parents or siblings ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?   ☑ No ☐ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay; the person's status while there; the reasons for leaving; whether the person is entitled to return for lawful residence purposes; and whether the person applied for refugee status or for asylum while there, and, if not, why he or she did not do so.

PLEASE SEE THE ATTACHED STATEMENT.

3.   Have you, your spouse, or child(ren) ever ordered, incited, assisted, or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☑ No ☐ Yes  If "Yes," describe in detail each such incident and your own or your spouse's or child(ren)'s involvement.

OMB No. 1115-0086

## PART C.   ADDITIONAL INFORMATION ABOUT YOUR APPLICATION Continued

4.  After you left the country where you were harmed or fear harm, did you return to that country?

☑ No   ☐ Yes  If "Yes," describe in detail the circumstances of your visit (for example, the date(s) of the trip(s); the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s)).

5.  Are you filing the application more than one year after your last arrival in the United States?

☑ No   ☐ Yes  If "Yes," explain why you did not file within the first year after you arrived.  You should be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived.  For guidance in answering this question, see Instruction, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6.  Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted and sentenced for any crimes in the United States?

☑ No   ☐ Yes  If "Yes," for each instance, specify in your response what occurred and the circumstances; dates; length of sentence received; location; the duration of the detention or imprisonment; the reason(s) for the detention or conviction; any formal charges that were lodged against you or your relatives included in your application; the reason(s) for release.  Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

OMB No. 1115-0086

## PART D.   YOUR SIGNATURE

*After reading the information regarding penalties in the instructions, complete and sign below. If someone helped you must complete Part E.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546, provides in part: "Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or knowingly presents any such application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned more than five years, or both." I authorize the release of any information from my record which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.



*WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an Asylum Officer or an Immigration Judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. See 208(d)(6) of the Act and 8 CFR 208.20.

| Print Complete Name<br>JATINDER  SINGH | Write your name in your native alphabet<br>ਜਤਿੰਦਰ ਸਿੰਘ |
|---|---|

Did your spouse, parent, or child(ren) assist you in completing this application? ☑ No ☐ Yes *(If "Yes," list the name and relationship.)*

_____ (Name)  _____ (Relationship)  _____ (Name)  _____ (Relationship)

Did someone other than your spouse, parent, or child(ren) prepare this application? ☐ No ☑ Yes *(If "Yes," complete Part E)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? ☐ No ☑ Yes

Signature of Applicant *(The person in Part A. I.)*

[ _____ ]  Date *(Mo/Day/Yr)* 10/07/2002

Sign your name so it all appears within the brackets

## PART E.   DECLARATION OF PERSON PREPARING FORM IF OTHER THAN APPLICANT, SPOUSE, PARENT OR CHILD

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324(c).

| Signature of Preparer *Jay T* | Print Complete Name<br>DOLORES JAYARAJ | | |
|---|---|---|---|
| Daytime Telephone<br>Number ( 510 ) 791 8444 | Address of Preparer: Street Number and Name<br>ROMAN & SINGH LLP, 29172B STATE STREET | | |
| Apt. No. | City<br>FREMONT | State<br>CA | ZIP Code<br>94538 |

## PART F.   TO BE COMPLETED AT INTERVIEW OR HEARING

You will be asked to complete this Part when you appear before an Asylum Officer of the Immigration and Naturalization Service (INS), or an Immigration Judge of the Executive Office for Immigration Review (EOIR) for examination.

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are all true to the best of my knowledge taking into account correction(s) numbered _____ to: _____ that were made by me or at my request.

Signed and sworn to before me by the above named applicant on:

_____  _____
Signature of Applicant    Date *(Mo/Day/Yr)*

_____  _____
Write Your Name in Your Native Alphabet    Signature of Asylum Officer or Immigration Judge

## ATTACHMENT TO I-589

## STATEMENT OF JATINDER SINGH

I, Jatinder Singh resident of village Nangal Bhagwana, District Gurdaspur, Punjab, India now living at # 4209 Mattnick Drive, Bakersfield, CA 93313 seek political asylum in the United States of America due to the persecution I faced in hands of the Indian police and security forces. I was arrested and tortured because I was a member of the Shiromani Akali Dal (Amritsar), a political party fighting to achieve the goal of Khalistan and independent Sikh State.

I was born and raised in village Nangal Bhagwana, District Gurdaspur, Punjab, India. My parents are Amritdhari Gursikh and used to go to the Gurdwara regularly. My father is a farmer. My brother and I used to help him in the farm. I got my education up to 10th grade from D.A.V. Senior Secondary School, Qadian, Gurdaspur.

In the early nineties my father joined the Shiromani Akali Dal (Amritsar). Being a member he worked in the election campaign for the party and worked peacefully to establish Khalistan. Due to his political activities the police arrested and tortured him three times. First time my father was arrested on February 6th, 1992 and was kept in the police station Qadian, District Gurdaspur. He was severely beaten and tortured. He was released when the Panchayat and relatives contacted the police and paid Rs 30,000 as a bribe.

The second time he was arrested on January 27th, 1995 and he was kept in police station Qadian for 5 days. We had to pay Rs 50,000 through a mediator to get him released.

The third time the police raided our house to arrest my father on June 5th, 1997 when they were organizing a function on Ghallughara Divas on June 6th. The police arrested my brother and me and they told my mother that we would be released only when my father would surrender himself before the police. On June 6th my father surrendered himself to the police station with the panchayat and then my brother and I were released. My father was arrested and he was badly tortured and released on June 10th again after paying a bribe of Rs 45,000. My father was fed up with these arrests and paying of bribes everytime. It was hard for us to afford that much money. He went on a low profile and reduced his activities for some time.

On August 7th, 2001 I got married with Kamaljit Kaur D/o. Jaswant Singh of village Rampur, Ludhiana.

In November 2001 there was a demonstration by the Shiromani Akali Dal (Amritsar) against the injustices towards the Sikh families affected by the November 1984 anti-Sikh massacre. The party was demanding punishment of the guilty. The demonstration was held before the District Headquarters, Gurdaspur on November 24th, 2001. The next day the police raided our house. My brother and I were still sleeping. When we woke up and

-2-

came out the police officer was yelling that we were helping khalistanis and anti-national elements. He was asking about my father. My father did not come home as he knew that the police would raid our house to arrest him. We told the police officer that we did not know my father's whereabouts but he started shouting again and said that we were traitors of the country. He arrested us and said he would give us Khalistan in the police station. In the police station he locked us up in different cells. At night, a policeman came into my cell at about 11 p.m. and told me that our family came to get us released. Then they released my brother. They said that I would be released only when my father surrenders before the police. I was tortured severely. My family and village panchayat got me released after 7 days by paying a bribe of Rs 60,000.

When I came home I was shocked to hear that my brother was never released and the police were not admitting that they had arrested him. Then my family decided that should leave the home immediately. I went to Delhi and stayed at my uncle's house. He found an agent and paid him $ 13,000 to send me to the USA. I left India from Delhi and stayed about 5-6 days in Moscow, Russia. Then the agent took me to a ship. I was kept in a dark room in the ship. I am not sure but after about 11-12 days the ship reached a sea port. There a man came with a car and he took me to a house after 5-6 hours drive. I remained there for 4 days. I was given food and water inside the house. After that the man left me alone in a jungle. I was wondering around for days. At last I saw some lights and when I came out of the jungle the city police arrested me from the roadside. They told me that I was in Rio Grande City, Texas. It happened on February 5th, 2002.

I was kept in custody from that day until May 28th, 2002. When I was released on May 28th, 2002 the immigration took me to the Greyhound Bus Station and put me on a bus to Modesto, CA because I told them that I had a cousin in Modesto.

**Jatinder Singh**

# EXHIBIT C

IMMIGRATION COURT
550 KEARNY ST., SUITE 800
SAN FRANCISCO, CA 94108

In the Matter of

Jatinder SINGH
        Respondent

Case A 78-974-214

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Sept 10, 2003.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ]  The respondent was ordered removed from the United States to _____.
[ ]  Respondent's application for voluntary departure was denied and
     respondent was ordered removed to _____ or in the alternative
     to _____.
[ ]  Respondent's application for voluntary departure was granted
     until _____ upon posting a bond in the amount of $ _____
     with an alternative order of removal to _____
[X]  Respondent's application for asylum was [X] granted ( ) denied
     ( ) withdrawn ( ) other.
[ ]  Respondent's application for withholding of removal was ( ) granted
     ( ) denied ( ) withdrawn ( ) other.
[ ]  Respondent's application for cancellation of removal under section
     240A(a) was ( ) granted ( ) denied ( ) withdrawn ( ) other.
[ ]  Respondent's application for cancellation of removal under section
     240A(b) was ( ) granted ( ) denied ( ) withdrawn ( ) other. If
     granted, it was ordered that the respondent be issued all appropriate
     documents necessary to give effect to this order.
[ ]  Respondent's application for a waiver under section _____ of the INA
     was ( ) granted ( ) denied ( ) withdrawn ( ) other.
[ ]  Respondent's application for adjustment of status under section _____
     of the INA was ( ) granted ( ) denied ( ) withdrawn ( ) other.
     If granted, it was ordered that respondent be issued all appropriate
     documents necessary to give effect to this order.
[ ]  Respondent's status was rescinded under section 246 of the INA.
[ ]  Respondent is admitted to the United States as a _____ until _____.
[ ]  As a condition of admission, respondent is to post a $ _____ bond.
[ ]  Respondent knowingly filed a frivolous asylum application after
     proper notice.
[ ]  Respondent was advised of the limitation on discretionary relief for
     failure to appear as ordered in the Immigration Judge's oral decision.
[ ]  Proceedings were terminated.
[ ]  Other:

Appeal: _____
Appeal due by: WAIVED

Date: Sept 10, 2003

Dana Marks Keener
Immigration Judge

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL [ ]    PERSONAL SERVICE [X]
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [X] ALIEN'S ATTY/REP  [X] INS
DATE: 9/10/03    BY: COURT STAFF
Attachments: [ ] EOIR-33  [ ] EOIR-28  [X] Legal Services List [ ]

IND/ROOM 829/sh

# EXHIBIT D

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| SRC-06-060-52250 | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A78 974 214 |
| December 14, 2005 | | SINGH, JATINDER |
| NOTICE DATE | PAGE | |
| December 16, 2005 | 1 of 1 | |

JATINDER SINGH
4404 CIMARRON RIDGE
BAKERSFIELD CA 93313

Notice Type:   Receipt Notice

Amount received: $  395.00

Section: Asylee adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at USCIS.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
**Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.**
**Acceptable kinds of photo identification are:**
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**



# EXHIBIT E

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

February 08, 2008

Refer To File No. SRC0606052250

A078974214

JATINDER SINGH
4400 CENTRAL AVE APT 218
FREMONT CA 94536

Dear Sir or Madam:

RE: Form: I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS
   Beneficiary:   SINGH, JATINDER

### Decision

NOTICE OF DECISION

This notice refers to the Form I-485, Application to Register Permanent Residence or Adjust Status, you filed with this office on December 16, 2005. You are requesting an adjustment of status under Section 209 of the Immigration and Nationality Act (INA) (Title 8, United States Code, section 1159).

Section 209(b) and (c) of the INA state:

(b) The Secretary of Homeland Security or the Attorney General, in the Secretary's or the Attorney General's discretion and under such regulations as the Secretary or the Attorney General may prescribe, may adjust to the status of an alien lawfully admitted for permanent residence the status of any alien granted asylum who-

  (1)  applies for such adjustment,
  (2)  has been physically present in the United States for at least one year after being granted asylum,
  (3)  continues to be a refugee within the meaning of [INA] section 101(a)(42)(A) of this title or a spouse or child of such a refugee,
  (4)  is not firmly resettled in any foreign country, and
  (5)  is admissible (except as otherwise provided under subsection (c) of this section) as an immigrant under this chapter at the time of examination for adjustment of such alien.

Matter of K-A-, 23 I & N Dec. 661, 666 (BIA 2004) (relief under section 209(b) of the Act is discretionary).

The INA section 209(c) waiver of inadmissibility is not available to aliens who are inadmissible under INA section 212(a)(3)(B) (terrorist activities).
Section 212(a)(3)(B)(i)(VI) of the INA, as amended by the REAL ID Act of 2005, describes an alien who is inadmissible and states in pertinent part:

Any alien who . . . (VI) is a member of a terrorist organization described in clause (vi)(III), unless the alien can demonstrate by clear and convincing evidence that the alien did not know, and should not reasonably have known, that the organization was a terrorist organization . . . is inadmissible.

The INA, at section 212(a)(3)(B)(vi)(III) defines the term "terrorist organization," in part, to include an

Nebraska Service Center                                                    www.uscis.gov

organization "that is a group of two or more individuals, whether organized or not, which engages in, or has a subgroup which engages in, the activities described in sub clauses (I) through (VI) of clause (iv)."

You state on your I-589 and your I-485 that you are a "Member of Akali Dal Mann (aka Shiromani Akali Dal Amritsar)".

In regards to the creation of AISSF as a subgroup, a USCIS RIC (Resource Information Center) report on the All India Sikh Students Federation (AISSF) cites: "it was formed in the early 1940s by Sardar Swarup Singh, former president of the organization, to help bring educated Sikh youths into the Akali Dal, a predominantly Sikh political party in Punjab (Telford Nov 1992, IRBDC 1 Oct 1989), and to promote and propagate Sikhism amongst the college-going Sikh students (UK-COIS Apr 2006)."

The report further states that the Khalistani (Sikh separatist) movement gained momentum following the 1984 Sikh occupation of the Golden Temple in Amritsar, India, and the subsequent Indian army attack ("Operation Blue Star") on the temple, in which hundreds of Sikhs, including charismatic Sikh leader Jarnail Singh Bhindranwale, were killed. The AISSF is one of many Sikh groups that were transformed during this very volatile period in Indian history (DIS Sep 2000, TSS 13 Sep 2003, UK-COIS Apr 2006). The April 2006 report on India by the UK's Country of Origin Information Service cites April 1996 information from British officials working in India in stating that "[w]hile the AISSF sought a separate Sikh homeland, it did not fight for it until militancy erupted [in Punjab]...in 1981. From then onwards, a number of AISSF members joined the ranks of the militants" (UK-COIS Apr 2006). Likewise, a September 2003 SIKH SENTINEL article states: "...[T]he All India Sikh Student Federation (AISSF)...was a non-violent group until it split into multiple wings, some of which advocated violence" (TSS 17 Sep 2003). Dr. Chima found this depiction to be "generally correct in the sense that the AISSF never officially endorsed violence before 1984. Instead, it was a mass-based organization with probably over 100,000 members, mostly students, throughout Punjab. But, it was rumored to have a miniscule, but effective, 'armed wing' called the 'Deshmesh Regiment' [comprised] of only a few members to engage in selective political assassinations on behalf of the upper-most leadership of the AISSF" (Chima 28 Sep 2006).

According to a 1992 Department of State background information report on terrorist groups (found on the www.fas.org site), "Sikh terrorism is sponsored by a number of Indian and expatriate Sikh groups who want to carve out an independent Sikh state called Khalistan ("`Land of the Pure") from Indian territory. Sikh violence outside India, which surged following the Indian Army's 1984 assault on the Golden Temple, Sikhism's holiest shrine, has decreased but remains high. Groups that have carried out acts of terrorism include the Dashmesh or 10th Regiment (active in India, Germany, and Canada); Dal Khalsa; Babbar Khalsa (India, Western Europe, Canada); and the All-India Sikh Students Federation (militant wing of the main Sikh party, the Akali Dal, now splintered)."

The DoS report goes on to state: "Regular and bloody attacks mounted frequently in India against Hindus and against Indian officials and facilities, particularly in Punjab; they include assassinations, bombings, and kidnappings. Sikh extremists probably bombed the Air India jet downed over the Irish Sea in June 1985, killing 329 passengers and crew. On the same day, a bomb planted by Sikhs on an Air India flight from Vancouver exploded in Tokyo's Narita airport, killing two Japanese baggage handlers. In 1991, Sikh terrorists attempted to assassinate the Indian Ambassador in Romania--once India's senior police officer in Punjab (1986-89)--and kidnapped and held the Romanian Charge in New Delhi for seven weeks. Sikh attacks within India, ranging from kidnappings and bombings to assassinations, continue at a high level. Indian security forces captured or killed many Sikh leaders in 1992, however, and total civilian deaths in Punjab have dropped as compared to 1991, when more than 3,300 civilians died. There was a marked drop in the number of killings during the closing months of 1992."

Quoting the US CIS report again, "The International Sikh Youth Federation (ISYF), which was founded as the international branch of the All India Sikh Students Federation (AISSF) (PSEPC 17 Nov 2004), is

Receipt Number: SRC0606052250                    Page 3

aggressive and effective in its international fund raising activities (Global Security 27 Apr 2005, Satp.org undated). On June 27, 2002, the US Treasury Department added the ISYF to its listing of Specially Designated Nationals and Blocked Persons (OFAC 27 Jun 2002), and on April 29, 2004, Secretary of State Colin Powell, in consultation with the Attorney General, placed the ISYF on the Terrorist Exclusion List (USDOS 29 Dec 2004)."

A Canadian government source at http://www.ps-sp.gc.ca/prg/ns/le/cle-en.asp states: "The International Sikh Youth Federation (ISYF) was founded in 1984 in the United Kingdom as an international branch of the All India Sikh Students' Federation (AISSF) with centers in several countries, including Canada. The ISYF is a Sikh organization whose aim is to promote Sikh philosophy and the establishment of an independent Sikh nation called Khalistan. In the pursuit of their goal, the ISYF does not hesitate to resort to violence. Since 1984, its members have been engaged in terrorist attacks, assassinations and bombings mostly against Indian political figures, but also against moderate members of the Sikh community opposed to their extremist ways. The ISYF collaborates and/or associates with a number of Sikh terrorist organizations, notably Babbar Khalsa (BK), the Khalistan Liberation Force (KLF) and the Khalistan Commando Force (KCF)."

The INA, at section 212(a)(3)(B)(vi)(III), defines a terrorist organization as an organization that is a group of two or more individuals, whether organized or not, which engages in, or has a subgroup which engages in, the activities described in subclauses (I) through (VI) of clause (iv).

Due to its subgroups, AISSF and ISYF, the Akali Dal meets the current definition of an undesignated terrorist organization at INA section 212(a)(3)(B)(vi)(III). The violent activities of the AISSF and the ISYF match those described in section 212(a)(3)(B)(iii) and 212(a)(3)(B)(iv).

Due to the activities of it's subgroups, Akali Dal meets the current definition of an undesignated terrorist organization at INA section 212(a)(3)(B)(vi)(III). The violent activities of Akali Dal match those described in section 212(a)(3)(B)(iv) and 212(a)(3)(B)(iii). Thus, you are inadmissible under INA section 212(a)(3)(B)(i)(VI) based on your membership in the Akali Dal.

Accordingly, your application must be and hereby is denied.

The regulations do not provide for an appeal to this decision.

Sincerely,

F. Gerard Heinauer
Director
NSC/COG EX516