1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
   JATINDER SINGH,                    )
12                                    )   No. C 08-1295 CRB
                   Plaintiff,         )
13                                    )
            v.                        )   **STIPULATION TO DISMISS AND**
14                                    )   **[PROPOSED] ORDER**
   EMILIO T. GONZALEZ, Director, United States )
15 Citizenship and Immigration Services, )
                                      )
16                 Defendant.         )
                                      )
17

18      Plaintiff, by and through his attorney of record, and Defendant by and through his attorneys of

19 record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

20 the adjudication of Plaintiff's adjustment of status application (Form I-485).

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

Stipulation to Dismiss
C 08-1295 CRB                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: April 16, 2008                         Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6 | _____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
7 | Attorney for Defendants

8

9 | Dated: April 16, 2008                         _____/s/_____
JONATHAN KAUFMAN
10 | Attorney for Plaintiff

11

12

13 | **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15

16 | Date: April 18, 2008                         _____
CHARLES R. BREYER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 08-1295 CRB                                    2